**ORDERED.**

**Dated: October 22, 2009**

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23126/0173176496

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE: | No. 2:09-bk-20475-EWH |
| Joseph Calenda<br>　　　　Debtor. | Chapter 13 |
| Wells Fargo Bank, N.A.<br>　　　　Movant,<br>　　vs.<br>Joseph Calenda, Debtor, Edward J. Maney, Trustee.<br>　　　　Respondents. | ORDER<br><br>(Related to Docket #21) |

　　Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

　　IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

    LOT 10, CASA DEL REY AT CAMINO A LAGO, ACCORDING TO THE PLAT RECORDED IN BOOK 690 OF MAPS, PAGE(S) 6, AS RECORDED IN THE PUBLIC RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

                                             _____
                                             JUDGE OF THE U.S. BANKRUPTCY COURT