MARK WESBROOKS
THE WESBROOKS LAW FIRM, P.L.L.C.
15396 N. 83rd Ave., Ste. C100
Peoria, Arizona 85381
(602) 262-0390 Fax: (602) 297-6580
Mark.Wesbrooks@azbar.org
State Bar No. 018690
Attorney for Debtor

Dated: May 19, 2010

_____
EILEEN W. HOLLOWELL
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR

# THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re:<br><br>JOSEPH CALENDA,<br><br>      Debtor.<br>_____<br><br>JOSEPH CALENDA,<br><br>      Movant,<br><br>v.<br><br>WELLS FARGO BANK N.A.,<br><br>      Respondent.<br>_____ | CHAPTER 13<br><br>CASE NO.  2:09-bk-20475 EWH<br><br><br><br>**ORDER AVOIDING LIEN<br>ON REAL PROPERTY** |

      On April 23, 2010, Debtor filed a Motion to Avoid Judicial Lien to value the lien of Wells Fargo Bank, N.A. (hereinafter "Lienholder") against the property commonly known as 95 Camino Josephina, Rio Rico, AZ 85648, and more fully described in Exhibit A hereto, which lien was recorded in Santa Cruz County on or about February 14th, 2007 as document 2007-02341 (hereinafter the "Lien").

The court finds that notice of the Motion to Avoid Judicial Lien upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

1. For purposes of Debtor's Chapter 13 plan only, the Lien is valued at zero. Wells Fargo Bank, N.A. does not have a secured claim and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327, provided that the Chapter 13 case is completed and the Debtor receives a discharge.

2. This order shall become part of Debtor's confirmed Chapter 13 Plan.

3. Upon entry of a discharge in Debtor's Chapter 13 case, the Lien shall be voided for all purposes and, upon application by Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

4. If Debtor's Chapter 13 case is dismissed or converted to Chapter 7 before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable non-bankruptcy law and, upon application by Lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

*AS DATED AND SIGNED ABOVE*

_____
UNITED STATES BANKRUPTCY JUDGE

Dated and signed above.
Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

Joseph Calenda
95 Camino Josephina,
Rio Rico, AZ 85648

Statutory Agent:
Wells Fargo Bank, N.A.
c/o CORPORATION SERVICE COMPANY
2338 W ROYAL PALM RD STE-J
PHOENIX, AZ  85021

Wells Fargo Bank, N.A.
Home Equity Group
1 Home Campus
Des Moines, IA 50328-0001

Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, AZ 85064

EXHIBIT A
Legal Description

APN# 115-20-105, Lot 1 in Block 470 of Rio Rico Estates Unit No. 16, a subdivision of Santa Cruz County, Arizona, on record in the Office of the Santa Cruz County Recorder in Book 3 of Maps and Plats at Page 18.